Argued and submitted March 31, convictions affirmed; sentences vacated; remanded for resentencing April 22, 1992

# STATE OF OREGON,
*Appellant,*

*v.*

# DONALD GLEN RICHARDSON,
*Respondent.*

## (CF 90-629; CA A70082)
### 828 P2d 1064

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

David K. Allen, Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Sally L. Avera, Public Defender, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Convictions affirmed; sentences vacated; remanded for resentencing. *State v. Spinney*, 109 Or App 573, 820 P2d 854, *rev dismissed* 313 Or 75 (1992).